IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| RONNIE EUGENE WILLIAMS, | |
| Petitioner, | CIVIL ACTION NO.: 6:16-cv-79 |
| v. | |
| HOMER BYSON, | |
| Respondent. | |

## O R D E R

Petitioner Ronnie Williams ("Williams"), who is currently housed at Georgia State Prison in Reidsville, Georgia, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Doc. 1.) Upon review of this Petition, it appears that Williams is attacking his sentence obtained in the Superior Court of Chatham County, Georgia. (Id. at p. 1.)

The Court notes that Williams is housed in a facility within the Statesboro Division of this Court. However, "the longstanding practice in the federal district courts in this State is to transfer petitions to the district of conviction." Isaac v. Brown, No. CV 4:10-071, 2010 WL 2636045, at *1 (S.D. Ga. May 24, 2010), *report and recommendation adopted*, No. CV 4:10-071, 2010 WL 2636059 (S.D. Ga. June 29, 2010) (citing Eagle v. Linahan, 279 F.3d 926, 933 n.9 (11th Cir. 2001), and Woods v. United States, 2008 WL 2357694 at *3 n.5 (N.D. Fla. June 5, 2008)); see also 28 U.S.C. § 1406(a) (permitting a district court to transfer a case "laying venue in the wrong division" to "any district or division in which it could have been brought.").

Accordingly, the Court **TRANSFERS** Williams' Petition and hence, this case, to the Savannah Division of this Court.  28 U.S.C. § 90(c)(3).

**SO ORDERED**, this 23rd day of August, 2016.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA